| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| William H. Oliver, Jr., Esq. <br> Brandywine Commons <br> 2240 State Highway 33, Suite 112 <br> Neptune, NJ  07753 | **Order Filed on August 21, 2019 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey** |
| In Re: <br>  FRANK ANTON MAJOWICZ, JR. <br>  REGINA LOUISE MAJOWICZ <br>                     Debtor | Case No.: _____19-23277_____ <br> Judge: _____Michael B. Kaplan_____ <br> Chapter: _____13_____ |

Recommended Local Form:     ☒ Followed     ☐ Modified

# ORDER AUTHORIZING RETENTION OF  Pittenger Realty (Listing Broker)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 21, 2019**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

In re: Frank & Regina Majowicz

Case No.: 19-23277

Applicant: Frank & Regina Majowicz

(check all that apply)
- ☐ Trustee: ☐ Chap. 7  ☐ Chap. 11  ☐ Chap. 13.
- ☑ Debtor: ☐ Chap. 11  ☑ Chap. 13
- ☐ Official Committee of _____

Name of Professional: Pittenger Realty

Address of Professional: 2240 Route 33, Suite 111

Neptune, NJ 07753

- ☐ Attorney for (check all that apply):
  - ☐ Trustee  ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☐ Accountant for:
  - ☐ Trustee  ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☑ Other Professional:
  - ☑ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer
  - ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Frank Anton Majowicz, Jr.  
Regina Louise Majowicz  
    Debtors

Case No. 19-23277-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 21, 2019  
                                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.  
db/jdb        +Frank Anton Majowicz, Jr.,   Regina Louise Majowicz,   202 Rivercrest Drive, Toms River, NJ 08753-4239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William H. Oliver, Jr.    on behalf of Joint Debtor Regina Louise Majowicz bkwoliver@aol.com, R59915@notify.bestcase.com
         William H. Oliver, Jr.    on behalf of Debtor Frank Anton Majowicz, Jr. bkwoliver@aol.com, R59915@notify.bestcase.com
                                                                                                      TOTAL: 5