Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−23277−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frank Anton Majowicz Jr.                          Regina Louise Majowicz
202 Rivercrest Drive                              202 Rivercrest Drive
Toms River, NJ 08753                              Toms River, NJ 08753

Social Security No.:
xxx−xx−8099                                       xxx−xx−6547

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION
## OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: September 23, 2019
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-23277-MBK
Frank Anton Majowicz, Jr.                                                            Chapter 13
Regina Louise Majowicz
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 1            Date Rcvd: Sep 23, 2019
                               Form ID: finmgtc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2019.
db/jdb          +Frank Anton Majowicz, Jr.,   Regina Louise Majowicz,   202 Rivercrest Drive,
                 Toms River, NJ 08753-4239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 24 2019 00:04:08     U.S. Attorney,   970 Broad St.,
                 Room 502,  Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 24 2019 00:04:05     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                      TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
          Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
          Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Joint Debtor Regina Louise Majowicz bkwoliver@aol.com,
          R59915@notify.bestcase.com
          William H. Oliver, Jr.   on behalf of Debtor Frank Anton Majowicz, Jr. bkwoliver@aol.com,
          R59915@notify.bestcase.com
                                                                                      TOTAL: 6