UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-23277 |
| FRANK ANTON MAJOWICZ, JR. | Chapter: | 13 |
| REGINA LOUISE MAJOWICZ, Debtors | Judge: | Michael B. Kaplan |

### NOTICE OF PROPOSED PRIVATE SALE

___Frank Majowicz, Jr.___, ___Regina Majowicz___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:   Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Michael B. Kaplan___ on ___November 5, 2019___ at ___9:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___8___, ___Trenton, New Jersey___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   202 Rivercrest Drive, Toms River, NJ 08753

Proposed Purchaser:   Zaid Villarreal

Sale price:   210,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:   Pittenger Realty /Daunno Realty Services/ William H. Oliver, Jr.
Amount to be paid:   3% of Sale Price/3% of Sale Price/Amount as will appear in HUD
Services rendered:   Real Estate Broker/ Real Estate Broker/Attorney for Seller

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: William H. Oliver, Jr., Esq

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-23277-MBK
Frank Anton Majowicz, Jr.                                                       Chapter 13
Regina Louise Majowicz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Sep 25, 2019
                              Form ID: pdf905          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
db/jdb         +Frank Anton Majowicz, Jr.,    Regina Louise Majowicz,    202 Rivercrest Drive,
                 Toms River, NJ 08753-4239
br             +Pittenger Realty,    2240 Route 33,    Suite 111,    Neptune, NJ 07753-6121
518340845      +Bureau of Account Management,    Attn: Bankruptcy,    Po Box 538,    Howell, NJ 07731-0538
518340846      +Bureau of Account Management,    3601 Route 9 North,    Howell, NJ 07731-3395
518340849      +Independence Corporation,    c/o Robert A. Marks, Esq.,    17 Academy Street,    Suite 1101,
                 Newark, NJ 07102-2926
518340851      +New Jersey Division of Taxation,    50 Barrack Street,    Trenton, NJ 08608-2006
518446304     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
518340858      +Schiller, Knapp, Lefkowitz & Hertzel, LL,    30 Montgomery Streey,    Suite 1205,
                 Jersey City, NJ 07302-3835
518340859      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
518340861      +Traf Group Inc/A-1 Collections,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
518340860      +Traf Group Inc/A-1 Collections,    Attn: Bankruptcy,    2297 St Hwy 33 Ste 906,
                 Hamilton Square, NJ 08690-1717
518340862      +Trinity Financial Services, LLC,    c/o VAK M100 Fund, LLC,    224 East Jericho Turnpike,
                 Huntington Station, NY 11746-7304
518340863      +US BK Cust PC6, LLC Sterl. Natl,    50 South 16th,    Suite 2050,    Philadelphia, PA 19102-2516
518455148      +VAK M100 Fund, LLC.,    224 E. Jericho Turnpike,    South Huntington, NY 11746-7304
518340864      +Warren Merguerian, DDS,    557 Fischer Blvd,    Toms River, NJ 08753-6274
518340865      +Warren Merguerian, DDS,    c/o Robert J. Kerekes, Esq.,    109 W Bayview Drive,
                 Lavallette, NJ 08735-1206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 26 2019 00:31:39     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 26 2019 00:31:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518340843      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 26 2019 00:32:03
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
518340844      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 26 2019 00:32:03
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
518460109      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 26 2019 00:32:03
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
518340848      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2019 00:33:45     Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
518340847      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2019 00:33:45     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518404533      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 26 2019 00:33:59
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518340850       E-mail/Text: cio.bncmail@irs.gov Sep 26 2019 00:30:52     Internal Service Revenue,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518365523       E-mail/Text: bkr@cardworks.com Sep 26 2019 00:29:18     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518340852      +E-mail/Text: bankruptcy@onlineis.com Sep 26 2019 00:32:06     Online Collections,
                 Attn: Bankruptcy,    Po Box 1489,    Winterville, NC 28590-1489
518340853      +E-mail/Text: bankruptcy@onlineis.com Sep 26 2019 00:32:06     Online Collections,    Pob 1489,
                 Winterville, NC 28590-1489
518340855       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 00:33:50
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
518340854       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 00:33:51
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
518453132       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 00:34:34
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
518340857      +E-mail/Text: bankruptcy@savit.com Sep 26 2019 00:32:25     SaVit Collection Agency,
                 46 W Ferris St,    East Brunswick, NJ 08816-2159
518340856      +E-mail/Text: bankruptcy@savit.com Sep 26 2019 00:32:25     SaVit Collection Agency,
                 Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
                                                                                               TOTAL: 17

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Sep 25, 2019
                              Form ID: pdf905          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2019 at the address(es) listed below:

```
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Joint Debtor Regina Louise Majowicz bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Debtor Frank Anton Majowicz, Jr. bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                             TOTAL: 6
```