UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ  07753

Order Filed on October 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FRANK ANTON MAJOWICZ, JR.
REGINA LOUISE MAJOWICZ
                          Debtors

Case No.: 19-23277

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:  ☑ Followed   ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF  Pittenger Realty (Listing Broker)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 8, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:     <u>Frank & Regina Majowicz</u>

Case No.:   <u>19-23277</u>

Applicant:  <u>Frank & Regina Majowicz</u>

(check all that apply) ☐ Trustee: ☐ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

☑ Debtor: ☐ Chap. 11     ☑ Chap. 13

☐ Official Committee of _____

Name of Professional:   <u>Pittenger Realty</u>

Address of Professional:   <u>2240 Route 33, Suite 111</u>

                              <u>Neptune, NJ 07753</u>

☐ Attorney for (check all that apply):
    ☐ Trustee ☐ Debtor-in-Possession
    ☐ Official Committee of _____

☐ Accountant for:
    ☐ Trustee ☐ Debtor-in-Possession
    ☐ Official Committee of _____

☑ Other Professional:
    ☑ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer
    ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

```
United States Bankruptcy Court
        District of New Jersey
In re:                                                          Case No. 19-23277-MBK
Frank Anton Majowicz, Jr.                                       Chapter 13
Regina Louise Majowicz
        Debtors
```

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Oct 10, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.
db/jdb        +Frank Anton Majowicz, Jr.,    Regina Louise Majowicz,    202 Rivercrest Drive,
               Toms River, NJ 08753-4239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:
              Albert     Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Regina Louise Majowicz bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Frank Anton Majowicz, Jr. bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 6