Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–23277–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frank Anton Majowicz Jr.    Regina Louise Majowicz
202 Rivercrest Drive    202 Rivercrest Drive
Toms River, NJ 08753    Toms River, NJ 08753

Social Security No.:
xxx–xx–8099    xxx–xx–6547

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/8/2019 and a confirmation hearing on such Plan has been scheduled for 11/5/2019.

The debtor filed a Modified Plan on 11/4/2019 and a confirmation hearing on the Modified Plan is scheduled for 12/11/2019@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: November 4, 2019
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-23277-MBK
Frank Anton Majowicz, Jr.                                               Chapter 13
Regina Louise Majowicz
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Nov 04, 2019
                              Form ID: 186             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2019.
db/jdb         +Frank Anton Majowicz, Jr.,    Regina Louise Majowicz,    202 Rivercrest Drive,
                 Toms River, NJ 08753-4239
r              +Daunno Realty,    1420 Hooper Avenue,    Toms River, NJ 08753-2825
br             +Pittenger Realty,    2240 Route 33,    Suite 111,   Neptune, NJ 07753-6121
r              +Pittenger Realty,    2240 Highway 33,   Neptune, NJ 07753-6121
518340846      +Bureau of Account Management,    3601 Route 9 North,    Howell, NJ 07731-3395
518340845      +Bureau of Account Management,    Attn: Bankruptcy,    Po Box 538,   Howell, NJ 07731-0538
518340849      +Independence Corporation,    c/o Robert A. Marks, Esq.,    17 Academy Street,   Suite 1101,
                 Newark, NJ 07102-2926
518340851       New Jersey Division of Taxation,    50 Barrack Street,    Trenton, NJ 08608-2006
518446304     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,   Trenton, NJ 08695-0245)
518340858      +Schiller, Knapp, Lefkowitz & Hertzel, LL,    30 Montgomery Streey,    Suite 1205,
                 Jersey City, NJ 07302-3835
518340859      +State of New Jersey,    Division of Taxation,    PO Box 245,   Trenton, NJ 08602-0245
518340861      +Traf Group Inc/A-1 Collections,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
518340860      +Traf Group Inc/A-1 Collections,    Attn: Bankruptcy,    2297 St Hwy 33 Ste 906,
                 Hamilton Square, NJ 08690-1717
518340862      +Trinity Financial Services, LLC,    c/o VAK M100 Fund, LLC,    224 East Jericho Turnpike,
                 Huntington Station, NY 11746-7304
518340863      +US BK Cust PC6, LLC Sterl. Natl,    50 South 16th,   Suite 2050,    Philadelphia, PA 19102-2516
518455148      +VAK M100 Fund, LLC.,    224 E. Jericho Turnpike,    South Huntington, NY 11746-7304
518340864      +Warren Merguerian, DDS,    557 Fischer Blvd,   Toms River, NJ 08753-6274
518340865      +Warren Merguerian, DDS,    c/o Robert J. Kerekes, Esq.,    109 W Bayview Drive,
                 Lavallette, NJ 08735-1206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 05 2019 00:26:03     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 05 2019 00:26:00    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518340843      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 05 2019 00:26:27
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
518340844      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 05 2019 00:26:27
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
518460109      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 05 2019 00:26:27
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
518340848      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 05 2019 00:33:30     Capital One,
                 Po Box 30281,   Salt Lake City, UT 84130-0281
518340847      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 05 2019 00:33:29     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518404533      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 05 2019 00:34:24
                 Capital One Bank (USA),    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518340850       E-mail/Text: cio.bncmail@irs.gov Nov 05 2019 00:25:24     Internal Service Revenue,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518365523       E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 05 2019 00:34:18     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518340852      +E-mail/Text: bankruptcy@onlineis.com Nov 05 2019 00:26:30     Online Collections,
                 Attn: Bankruptcy,   Po Box 1489,    Winterville, NC 28590-1489
518340853      +E-mail/Text: bankruptcy@onlineis.com Nov 05 2019 00:26:30     Online Collections,   Pob 1489,
                 Winterville, NC 28590-1489
518340855       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 05 2019 00:33:32
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
518340854       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 05 2019 00:33:33
                 Portfolio Recovery,    Attn: Bankruptcy,   120 Corporate Blvd,    Norfold, VA 23502
518453132       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 05 2019 00:34:52
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,   POB 41067,
                 Norfolk VA 23541
518340857      +E-mail/Text: bankruptcy@savit.com Nov 05 2019 00:26:46     SaVit Collection Agency,
                 46 W Ferris St,   East Brunswick, NJ 08816-2159
518340856      +E-mail/Text: bankruptcy@savit.com Nov 05 2019 00:26:46     SaVit Collection Agency,
                 Attn: Bankruptcy,   Po Box 250,    East Brunswick, NJ 08816-0250
                                                                                               TOTAL: 17

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Nov 04, 2019
                              Form ID: 186             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2019 at the address(es) listed below:

```
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Joint Debtor Regina Louise Majowicz bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Debtor Frank Anton Majowicz, Jr. bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                        TOTAL: 6
```