UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

Order Filed on December 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FRANK ANTON MAJOWICZ, JR.
REGINA LOUISE MAJOWICZ

                         Debtors

Case No.:  19-23277

Adv. No:  n/a

Hearing Date:   November 5, 2019 @ 9am

Chapter: 13

Oral Argument Requested if Objection Filed

Judge: Michael B. Kaplan

## ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 202 Rivercrest Drive, Toms River, NJ 08753, FREE AND CLEAR OF LIENS, CLAIMS OR ENCUMBRANCES AND GRANTING RELATED RELIEF

The relief set forth on the following pages numbers two (2) through four (4) is hereby

**ORDERED**.

**DATED: December 2, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors:    FRANK & REGINA MAJOWICZ
Case No.    19-23277(MBK)
Caption of Order:  ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT
**202 Rivercrest Drive, Toms River, NJ 08753**, FREE AND CLEAR OF LIENS, CLAIMS OR ENCUMBRANCES
AND GRANTING RELATED RELIEF

THIS MATTER, having been opened to the Court by William H. Oliver, Jr., Esq. for

Frank & Regina Majowicz, Chapter 13 debtors ("Debtors"), by the filing of a Motion for an

Order Authorizing Sale of Real Property Free and Clear of Liens, Claims or Encumbrances and

Granting Related Relief (the "Motion") relating to the proposed sale of the real property located

at **202 Rivercrest Drive, Toms River, NJ 08753** (the "Property"); due and proper notice of the

Motion and related matters before the Court in this case having been given; and the Court having

considered the moving papers and opposition thereto, if any; and oral argument, if any; and good

and sufficient cause existing for the granting of the relief as set forth herein,

**THE COURT MAKES THE FOLLOWING FINDINGS OF FACT AND**

**CONCLUSIONS OF LAW:**

A. Full and adequate notice of the Motion has been afforded to all interested parties.

B. The offer made by **Zaid Villarreal** (the "Buyers") in the amount of **$210,000.00** is

the highest and best offer received for the Property and the sale price for the Property

constitutes full and adequate consideration and reasonably equivalent value for the

property.

C. The transactions being proposed were negotiated at arm's length and in good faith.

D. The Buyer is a good faith purchaser for value pursuant to Section 363(m) of the

Bankruptcy Code and, as such, the sale of the property is entitled to all of the

protections afforded thereby.  The Buyer is acting and shall act in good faith within

Debtors:    FRANK & REGINA MAJOWICZ
Case No.    19-23277(MBK)
Caption of Order:  ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT
**202 Rivercrest Drive, Toms River, NJ 08753**, FREE AND CLEAR OF LIENS, CLAIMS OR ENCUMBRANCES
AND GRANTING RELATED RELIEF

the meaning of Section 363(m) of the Bankruptcy Code in closing the transaction(s)

contemplated by in the Contract for Sale.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.  The Motion is GRANTED.

2.  The sale of the right, title and interest in the property to Buyer pursuant to the terms

    and conditions set forth in the Contact for Sale is hereby approved.  The record and

    transcript of the hearing and all findings and determinations of this Court are hereby

    incorporated herein.

3.  The Property is specially being sold free and clear of any liens or encumbrances,

    including the following disputed judgments, with valid liens, if any, attaching to the

    proceeds of sale pursuant to 11 U.S.C. § 363(f).

| CREDITOR | JUDGEMENT NUMBER | DATE ENTERED OR DOCKETED AS SET FORTH IN SEARCH | FACE JUDGMENT AMOUNT |
|---|---|---|---|
| | | | |
| Independence Corp. | J-140365-2009 | 06/16/2009 | $38,352.45 |
| Warren Merguerian | DJ-015924-2011 | 01/11/2011 | $545.88 |
| Division of Taxation | DJ-233286-2013 | 11/14/2013 | $3,434.17 |
| Division of Taxation | DJ-258055-2013 | 12/19/2013 | $10,500.00 |

Debtors:    FRANK & REGINA MAJOWICZ
Case No.    19-23277(MBK)
Caption of Order:  ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT
**202 Rivercrest Drive, Toms River, NJ 08753**, FREE AND CLEAR OF LIENS, CLAIMS OR ENCUMBRANCES
AND GRANTING RELATED RELIEF

4.    In addition to payment of valid liens and other standard closing costs as disclosed in the Certification in support of the Motion, the attorney is specifically authorized to make payment to the Broker (as defined in the Certification of the Attorney submitted herewith) at closing for the real estate commission as reflected in the Certification in support of the Motion.

5.    The Court retains jurisdiction over the parties and this matter for, inter alia, purposes of enforcing this order and otherwise implementing the sale.

6.    The stay provisions under Fed. R. Bankr. P. 6004(h) be and hereby are waived and, therefore, not applicable to this sale.

7.    The Stay as authorized by Rule 6004(h) is waived and the sale may proceed without the expiration of the 14 day period per the Rule.

8.    A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

9.    The lien of the Secured Creditor shall remain until the proceeds of the sale are paid to the Secured Creditor in accordance with the terms of the short sale approval.

10.    Any non-exempt proceeds from sale of property are to be turned over to the Trustee.

4

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-23277-MBK
Frank Anton Majowicz, Jr.                                       Chapter 13
Regina Louise Majowicz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Dec 02, 2019
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
db/jdb          +Frank Anton Majowicz, Jr.,   Regina Louise Majowicz,   1255 Route 166,
                 Building 4, Apartment 4B,   Toms River, NJ 08753-2746
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2019 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Ramanjit K. Chawla    on behalf of Creditor   State of New Jersey
         ramanjit.chawla@dol.lps.state.nj.us
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William H. Oliver, Jr.    on behalf of Joint Debtor Regina Louise Majowicz bkwoliver@aol.com,
         R59915@notify.bestcase.com
        William H. Oliver, Jr.    on behalf of Debtor Frank Anton Majowicz, Jr. bkwoliver@aol.com,
         R59915@notify.bestcase.com
                                                                          TOTAL: 7