UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
OLIVER & LEGG, LLC
William H. Oliver, Esq.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
woliver@oliverandlegg.com
Attorney for Debtor(s)

**Order Filed on January 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Frank Anton Majowicz, Jr and
Regina Louise Majowicz

                    Debtors

Case No.: 19-23277

Adv. No.:

Hearing Date: 11/05/2019

Judge: Michael B. Kaplan

**CONSENT ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT
202 Rivercrest Drive, Toms River, NJ 08753, FREE AND CLEAR OF LIENS, CLAIMS OR
ENCUMBRANCES AND GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 23, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Frank Anton Majowicz, Jr andRegina Louise Majowicz
Debtor's Case No: 19-23277
Consent Order Authorizing Sale of Real Property Located at 202 Rivercrest Drive, Toms River, NJ 08753, Free and Clear of Liens, Claims or Encumbrances and Granting Related Relief

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtors for an Consent Order Authorizing Sale of Real Property Located at 202 Rivercrest Drive, Toms River, NJ 08753, Free and Clear of Liens, Claims or Encumbrances and Granting Related Relief and the Court having considered the papers submitted and any objections, and for good cause appearing;

**ORDERED** that, the Division of Taxation consents to sale of the property as long as the following lien attaches to the sale proceeds: Division of Taxation DJ-233287-2013 docketed 11/14/2013 in the amount of $3,434.17.

We hereby consent to the form and entry of the within order:


Dated: 01/17/2020                                            /s/Ramanjit K. Chawla
                                                             Ramanjit K. Chawla
                                                             Deputy Attorney General


Dated: 01/17/2020                                            /s/ William H. Oliver, Jr.
                                                             William H. Oliver, Jr., Esquire
                                                             Attorney for Debtors