UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
OLIVER & LEGG, LLC
William H. Oliver, Esq.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
woliver@oliverandlegg.com
Attorney for Debtor(s)

**Order Filed on January 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Frank Anton Majowicz, Jr and
Regina Louise Majowicz
                    Debtors

Case No.: 19-23277

Adv. No.:

Hearing Date: 11/05/2019

Judge: Michael B. Kaplan

### CONSENT ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 202 Rivercrest Drive, Toms River, NJ 08753, FREE AND CLEAR OF LIENS, CLAIMS OR ENCUMBRANCES AND GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 23, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Frank Anton Majowicz, Jr and Regina Louise Majowicz
Debtor's Case No: 19-23277
Consent Order Authorizing Sale of Real Property Located at 202 Rivercrest Drive, Toms River, NJ 08753, Free and Clear of Liens, Claims or Encumbrances and Granting Related Relief

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtors for an Consent Order Authorizing Sale of Real Property Located at 202 Rivercrest Drive, Toms River, NJ 08753, Free and Clear of Liens, Claims or Encumbrances and Granting Related Relief and the Court having considered the papers submitted and any objections, and for good cause appearing;

**ORDERED** that, the Division of Taxation consents to sale of the property as long as the following lien attaches to the sale proceeds: Division of Taxation DJ-233287-2013 docketed 11/14/2013 in the amount of $3,434.17.

We hereby consent to the form and entry of the within order:


Dated: 01/17/2020                                     /s/Ramanjit K. Chawla
                                                      Ramanjit K. Chawla
                                                      Deputy Attorney General


Dated: 01/17/2020                                     /s/ William H. Oliver, Jr.
                                                      William H. Oliver, Jr., Esquire
                                                      Attorney for Debtors

United States Bankruptcy Court
District of New Jersey

In re:  
Frank Anton Majowicz, Jr.  
Regina Louise Majowicz  
    Debtors

Case No. 19-23277-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jan 23, 2020  
                                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.  
db/jdb        +Frank Anton Majowicz, Jr.,   Regina Louise Majowicz,   1255 Route 166,   Building 4, Apartment 4B,   Toms River, NJ 08753-2746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2020 at the address(es) listed below:

        Albert   Russo   docs@russotrustee.com  
        Denise E. Carlon   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Ramanjit K. Chawla   on behalf of Creditor   State of New Jersey ramanjit.chawla@dol.lps.state.nj.us  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        William H. Oliver, Jr.   on behalf of Joint Debtor Regina Louise Majowicz courtdocs@oliverandlegg.com, R59915@notify.bestcase.com  
        William H. Oliver, Jr.   on behalf of Debtor Frank Anton Majowicz, Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com  
                                                                                               TOTAL: 7