Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−23277−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank Anton Majowicz Jr.                  Regina Louise Majowicz
   1255 Route 166                           1255 Route 166
   Building 4, Apartment 4B             Building 4, Apartment 4B
   Toms River, NJ 08753                 Toms River, NJ 08753

Social Security No.:
   xxx−xx−8099                            xxx−xx−6547

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      4/22/20
Time:     02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
William H. Oliver, Jr., Debtor's Attorney

COMMISSION OR FEES
fee: $3,500

EXPENSES
expenses: $0

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 16, 2020
JAN:

                                                    Jeanne Naughton
                                                    Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                      Case No. 19-23277-MBK
Frank Anton Majowicz, Jr.                                   Chapter 13
Regina Louise Majowicz
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Mar 16, 2020
                              Form ID: 137             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
db/jdb         +Frank Anton Majowicz, Jr.,    Regina Louise Majowicz,    1255 Route 166,
                 Building 4, Apartment 4B,    Toms River, NJ 08753-2746
r              +Daunno Realty,    1420 Hooper Avenue,    Toms River, NJ 08753-2825
br             +Pittenger Realty,    2240 Route 33,    Suite 111,    Neptune, NJ 07753-6121
r              +Pittenger Realty,    2240 Highway 33,    Neptune, NJ 07753-6121
518340845      +Bureau of Account Management,    Attn: Bankruptcy,    Po Box 538,    Howell, NJ 07731-0538
518340846      +Bureau of Account Management,    3601 Route 9 North,    Howell, NJ 07731-3395
518340849     #+Independence Corporation,    c/o Robert A. Marks, Esq.,    17 Academy Street,    Suite 1101,
                 Newark, NJ 07102-2926
518340851      +New Jersey Division of Taxation,    50 Barrack Street,    Trenton, NJ 08608-2006
518446304     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
518340858      +Schiller, Knapp, Lefkowitz & Hertzel, LL,    30 Montgomery Streey,    Suite 1205,
                 Jersey City, NJ 07302-3835
518340859      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
518340861      +Traf Group Inc/A-1 Collections,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
518340860      +Traf Group Inc/A-1 Collections,    Attn: Bankruptcy,    2297 St Hwy 33 Ste 906,
                 Hamilton Square, NJ 08690-1717
518340862      +Trinity Financial Services, LLC,    c/o VAK M100 Fund, LLC,    224 East Jericho Turnpike,
                 Huntington Station, NY 11746-7304
518340863      +US BK Cust PC6, LLC Sterl. Natl,    50 South 16th,    Suite 2050,    Philadelphia, PA 19102-2516
518455148      +VAK M100 Fund, LLC.,    224 E. Jericho Turnpike,    South Huntington, NY 11746-7304
518340864      +Warren Merguerian, DDS,    557 Fischer Blvd,    Toms River, NJ 08753-6274
518340865      +Warren Merguerian, DDS,    c/o Robert J. Kerekes, Esq.,    109 W Bayview Drive,
                 Lavallette, NJ 08735-1206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 17 2020 02:20:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 17 2020 02:20:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518340843      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 17 2020 02:20:59
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
518340844      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 17 2020 02:20:59
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
518460109      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 17 2020 02:20:59
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
518340848      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 17 2020 02:25:07      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
518340847      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 17 2020 02:25:07      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518404533      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2020 02:27:28
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518340850       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 17 2020 02:19:03      Internal Service Revenue,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518365523       E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 17 2020 02:24:57      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518340852      +E-mail/Text: bankruptcy@onlineis.com Mar 17 2020 02:21:05      Online Collections,
                 Attn: Bankruptcy,    Po Box 1489,    Winterville, NC 28590-1489
518340853      +E-mail/Text: bankruptcy@onlineis.com Mar 17 2020 02:21:05      Online Collections,    Pob 1489,
                 Winterville, NC 28590-1489
518340855       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2020 02:25:14
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
518340854       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2020 02:26:04
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
518453132       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2020 02:27:09
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
518577820      +E-mail/Text: bankruptcy@senexco.com Mar 17 2020 02:17:51      SENEX SERVICES CORP,
                 3077 E 98TH ST SUITE 250,    INDIANAPOLIS, IN 46280-2909
518340857      +E-mail/Text: bankruptcy@savit.com Mar 17 2020 02:21:59      SaVit Collection Agency,
                 46 W Ferris St,    East Brunswick, NJ 08816-2159
518340856      +E-mail/Text: bankruptcy@savit.com Mar 17 2020 02:21:59      SaVit Collection Agency,
                 Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
                                                                                              TOTAL: 18
```

```
District/off: 0312-3          User: admin               Page 2 of 2               Date Rcvd: Mar 16, 2020
                              Form ID: 137              Total Noticed: 36
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,   Department of Treasury,
                Division of Taxation,   P.O. Box 245,   Trenton, NJ  08695-0245)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Ramanjit K. Chawla    on behalf of Creditor    State of New Jersey
               ramanjit.chawla@dol.lps.state.nj.us
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Regina Louise Majowicz
               courtdocs@oliverandlegg.com,   R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Frank Anton Majowicz, Jr.
               courtdocs@oliverandlegg.com,   R59915@notify.bestcase.com
                                                                                             TOTAL: 7
```