| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on April 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

FRANK ANTON MAJOWICZ and REGINA LOUISE MAJOWICZ,

Debtors

| | |
| --- | --- |
| Case No.: | 19-23277 |
| Chapter: | 13 |
| Hearing Date: | 4/22/20 @ 2:00 pm |
| Judge: | Michael B. Kaplan |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through    2    is hereby **ORDERED**.

**DATED: April 22, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____3,500_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____3,500_____ . The allowance shall be payable:

❏    through the Chapter 13 plan as an administrative priority.

☑    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Frank Anton Majowicz, Jr.  
Regina Louise Majowicz  
       Debtors

Case No. 19-23277-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 22, 2020  
                  Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2020.  
db/jdb     +Frank Anton Majowicz, Jr.,    Regina Louise Majowicz,    1255 Route 166,    Building 4, Apartment 4B,    Toms River, NJ 08753-2746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2020 at the address(es) listed below:  
       Albert Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company   dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company   kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Ramanjit K. Chawla    on behalf of Creditor    State of New Jersey   ramanjit.chawla@dol.lps.state.nj.us  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William H. Oliver, Jr.    on behalf of Joint Debtor Regina Louise Majowicz   courtdocs@oliverandlegg.com,   R59915@notify.bestcase.com  
       William H. Oliver, Jr.    on behalf of Debtor Frank Anton Majowicz, Jr.   courtdocs@oliverandlegg.com,   R59915@notify.bestcase.com  
                                     TOTAL: 7